

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00573-CV

———————————————————

IN RE INDUSTRIAL CONTROL CONCEPTS, INC., Relator

---

Original Proceeding
67th District Court of Tarrant County, Texas
Trial Court No. 067-351602-24

---

Before Sudderth, C.J.; Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. Our December 31, 2024 stay is lifted, and all pending motions are denied as moot.

Per Curiam

Delivered: January 29, 2025